ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chris@croteaulaw.com
Attorneys for Defendants Resources Group, LLC;
Resources Group, LLC as Trustee of Teal Petals St Trust;
and 9863 Dublin Valley, LLC

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

*****

| | |
|---|---|
| NEWREZ, LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br><br>vs.<br><br>IYAD HADDAD aka EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP, LLC as Trustee of TEAL PETALS ST TRUST' 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC dba SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01839 -JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**<br><br>**(First Request)** |

Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; and 9863 Dublin Valley, LLC ("Defendants"), and NewRez, LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing's ("Shellpoint") hereby stipulate that Defendants shall have an additional 7 days to respond to Shellpoint's Complaint (ECF No 1). This is the first request for an

extension. The Complaint was filed on November 8, 2023. Counsel for Defendants accepted service of the Complaint on December 28, 2023 (ECF No. 12). The current deadline for a response to the Complaint is January 18, 2024. After accepting service of the Complaint, an attorney in the office of Defendants' counsel was involved in a motor vehicle accident requiring hospitalization for possible coronary issues, thus necessitating an unexpected increase in workload for the remaining attorneys in the office. By way of this stipulation, Shellpoint and the Defendants agree and stipulate to the new deadline for Defendants to file and serve a response to the Complaint being extended to January 25, 2024. The parties agree this stipulation will not prejudice any party and is not meant for delay.   The stipulation was originally submitted before the deadline of January 18, 2024, elapsed, but was rejected. This resubmission address the deficiency set forth in the Order set forth as ECF No. 15.

DATED this January 22, 2024.

| **AKERMAN LLP**  /s/Paige L. Magaster  ARIEL E. STERN, ESQ.  Nevada Bar No. 8276  NATALIE L. WINSLOW, ESQ.  Nevada Bar No. 12125  PAIGE L. MAGASTER, ESQ.  Nevada Bar No. 15557  1635 Village Center Circle, Suite 200  Las Vegas, NV 89134  *Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing* | **LAW OFFICES OF ROGER P. CROTEAU**  /s/Roger P. Croteau  ROGER P. CROTEAU, ESQ.  Nevada Bar No. 4958  CHRISTOPHER L. BENNER, ESQ.  Nevada Bar No. 8963  2810 W. Charleston Boulevard, Suite 67  Las Vegas, NV 89102  *Attorney for Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; and 9863 Dublin Valley, LLC* |
|---|---|

**IT IS SO ORDERED.**

_____
**Maximiliano D. Couvillier III**
**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:23-cv-01839 -JAD-MDC
DATED: January 25, 2024

2