**SAO**
ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC f/k/a NEW PENN FINANCIAL d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Plaintiff,<br>v.<br><br>IYAD HADDAD aka EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP, LLC as Trustee of TEAL PETALS ST TRUST; 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC dba SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   2:23-cv-01839-JAD-MDC<br><br>**ORDER GRANTING STIPULATION TO RESCHEDULE HEARING DATE**<br><br>**(FIRST REQUEST)** |

The parties to this action jointly propose and stipulate to vacate the hearing calendared for March 4, 2024 in this matter and to continue the hearing to a date and time convenient to the Court and the parties. The parties respectfully propose April 18, 2024, at 2:00 p.m. or, in the alternative, April 15, 16, or 22. A proposed Order is attached. In support, the parties state that:

75208409;1

1. On January 31, 2024, this Court set Shellpoint's motion to consolidate, ECF No. 2, and the defendants' motions to dismiss Shellpoint's complaint, ECF Nos. 18 & 20, for hearing on March 4, 2024, at 2:00 p.m. ECF No. 22.

2. Shellpoint's motion to consolidate is unopposed, and all parties in both cases favor consolidation. The parties are preparing stipulations to that effect for each case. The anticipated stipulation and order, if approved by this court, would moot the hearing of Shellpoint's pending consolidation motion currently set for March 4, 2024.

3. The defendants' dismissal motions are disputed and fully briefed. However, defense counsel Mickey Bohn, who is a sole practitioner, is unavailable at 2:00 p.m. on March 4, 2024, because he will be teaching a CLE seminar then. Additionally, defense counsel Christopher Benner is out of the office and the jurisdiction the week of March 4, 2024.

4. Due to the scheduling conflicts of the defendants' counsel, the parties respectfully request that the hearing set for March 4, 2024, be rescheduled.

5. All three of the attorneys who represent Shellpoint in this matter will be out of the office and the jurisdiction the week of March 11, 2024.

6. Their counsel having consulted one another as to mutually available dates, the parties jointly request that the March 4, 2024, hearing be reset to 2:00 p.m. on April 18, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

75208409;1

7. Alternatively, the parties request that the March 4, 2024, hearing be reset to one of the following dates in April 2024 at a time that is convenient for the Court: April 15, 16, or 22.

DATE: February 28, 2024.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing* | /s/ Christopher L. Benner<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Boulevard, Suite 67<br>Las Vegas, NV 89102<br><br>*Attorneys for Defendants Resources Group, LLC; Resources Group, LLC as Trustee of Teal Petals St Trust; and 9863 Dublin Valley, LLC* |
| **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**<br><br>/s/ Michael F. Bohn<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorney for Defendants Saticoy Bay LLC; Saticoy Bay LLC 9863 Dublin Valley St.; and Iyad Haddad* | |

## **ORDER**

Based on the stipulation of the parties and good cause appearing:

IT IS HEREBY ORDERED that the hearing presently set for March 4, 2024, at 2:00 p.m. is continued to April 16, 2024, at 2:00 p.m.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
2:23-cv-01839-JAD-MDC

**DATED: 3/1/2024**

75208409;1