**SAO**
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn*
*Financial d/b/a Shellpoint Mortgage Servicing*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEWREZ LLC F/K/A NEW PENN FINANCIAL D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>                                         Plaintiff,<br><br>v.<br><br>IYAD HADDAD AKA EDDIE HADDAD; RESOURCES GROUP, LLC; RESOURCES GROUP, LLC AS TRUSTEE OF TEAL PETALS ST TRUST; 9863 DUBLIN VALLEY, LLC; SATICOY BAY LLC D/B/A SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; SATICOY BAY LLC SERIES 9863 DUBLIN VALLEY ST; DOES I THROUGH X AND ROE BUSINESS ENTITIES I THROUGH X, INCLUSIVE,<br><br>                                         Defendants. | Case No.:        2:23-cv-01839-JAD-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISQUALIFY ATTORNEY ROGER CROTEAU AND HIS LAW FIRM UNDER NRCP 3.7**<br><br>**(FIRST REQUEST)** |

Plaintiff Federal NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing and Defendants Resources Group, LLC, Resources Group, LLC as Trustee of Teal Petals St. Trust and 9863 Dublin Valley, LLC, by and through their undersigned counsel of record, stipulate that Shellpoint shall have an additional seven (7) days, up to and including **May 13, 2024**, to file its reply in support of the disqualification motion, ECF No. 36, currently due on May 6, 2024.

*NewRez LLC v. Haddad et al.*
*Case No. 2:23-CV-01839-JAD-MDC*

Good cause exists to extend the deadline for Shellpoint's reply given the nature and complexity of the issues associated with the disqualification motion.  This is the parties' first stipulation to extend the time for Shellpoint to reply in support of its motion.  The extension is requested in good faith and is not for purposes of delay or prejudice to any party.

| | |
|---|---|
| Dated this 2nd day of May, 2024. | Dated this 2nd day of May, 2024. |
| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
| */s/ Paige L. Magaster* | */s/ Christopher L. Benner* |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| PAIGE L. MAGASTER, ESQ. | 2810 W. Charleston Blvd., Suite 67 |
| Nevada Bar No. 15557 | Las Vegas, Nevada 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorneys for Resources Group, LLC, Resources Group, LLC as Trustee of Teal Petals St. Trust and 9863 Dublin Valley, LLC* |
| *Attorneys for NewRez LLC f/k/a New Penn Financial d/b/a Shellpoint Mortgage Servicing* | |

## ORDER

Based on the stipulation of the parties, and good cause appearing:

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
**DATED: 5/9/2024**