**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NewRez LLC, | 2:23-cv-01839-JAD-MDC |
| Plaintiff(s), | |
| vs. | **Order Setting Hearing** |
| Iyad Haddad, *et al.*, | |
| Defendant(s). | |

The parties shall appear for an in-person hearing on July 18, 2024, at 10:00AM in Courtroom 3D on the *Motion to Disqualify Counsel* (ECF No. 36).

IT IS SO ORDERED.

Dated this 25th day of June 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge